B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re JESUS MANUEL DELGADO CRUZ / AGLAEE COLON DEL VALLE, Case No. 13-05265-ESL

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DLJ MORTGAGE CAPITAL, INC.
Name of Transferee

Firstbank Puerto Rico
Name of Transferor

Name and Address where notices to transferee should be sent:
Select Portfolio Servicing
3815 South West Temple
Salt LAKE cITY, ut 84115

Court Claim # (if known): 3
Amount of Claim: $139,851.60
Date Claim Filed: 07/23/2013

Phone: (800)-258-8602
Last Four Digits of Acct #: 9247

Phone: (787)-283-4138
Last Four Digits of Acct. #: 6823

Name and Address where transferee payments should be sent (if different from above):
Select Portfolio Servicing
P.O. Box 65450
Salt Lake City, UT 84115

Phone: (800)-258-8602
Last Four Digits of Acct #: 9247

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Francisco J. Cardona    Date: 02/06/2014
    Transferee/Transferee's Agent
Attorney for Transferee
Connolly, Geaney, Ablitt & Willard, LLC, Centro Internacional De Mercadeo, Torre II, Ste 411, Guaynabo, PR 00968
fcardona@acdlawpr.com; (787) 722-9021

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# NOTE
# PAGARÉ

US $104,000.00                                        San Juan, Puerto Rico
                                                        City-(Ciudad)

                                         August 24th, 2005
                                         ----de---------- de -----

---FOR VALUE RECEIVED, the undersigned ("Borrower") promise(s) to pay **FIRSTBANK PUERTO RICO**
---POR VALOR RECIBIDO, el (los) suscribiente(s) ("Deudor") promete(n) pagar a

_____ or order the principal sum of ONE HUNDRED FOUR THOUSAND
                          o a su orden, la suma principal de

DOLLARS ($104,000.00)

Dollars, with interest on the unpaid principal balance from the date of this Note, until paid, at the
Dólares, con intereses sobre el balance insoluto de principal desde la fecha de este Pagaré hasta su pago a

rate of SIX AND FIVE EIGHTH (6 5/8%) percent per annum. Principal and interest shall be payable at
razón del _____ por ciento anual. El principal e intereses serán pagaderos en

San Juan, Puerto Rico

or such other place as the Note holder may designate in writing, in consecutive monthly installments of
o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

**SIX HUNDRED SIXTY FIVE DOLLARS AND NINETY TWO CENTS** Dollars (US$ **665.92**),
                                                         Dólares (US$            ),

on the **first** day of each month beginning ---- October 1st. ----, 2005  until
en el **primer** día de cada mes comenzando el _____ de _____ de _____, hasta

the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness, if not sooner
que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante, si no antes

NDC
KnV
paid, shall be due and payable on  September 1st. 2035
pagada, quedará vencida y pagadera en

---If any monthly installment under this Note is not paid when due and remains unpaid after a date
---Si cualquier plazo mensual bajo este Pagaré no es pagado cuando venza y permanece impagado luego de la fecha

specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon
especificada en la notificación al Deudor, la suma total de principal pendiente de pago e intereses acumulada sobre la misma

shall at once become due and payable at the option of the Note Holder. The date specified shall not be less
quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty days from the date such notice is mailed. The Note holder may exercise this
a treinta días a partir de la fecha de envío por correo de dicha notificación. El tenedor de este Pagaré podrá ejercitar esta

option to accelerate during any default by Borrower regardless of any prior forbearance.
opción de aceleración durante cualquier incumplimiento del Deudor, no empece cualquier indulgencia de morosidad anterior.

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such
De radicarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten percent of the original principal amount hereof to
procedimiento la suma pactada y líquida de diez por ciento de la suma original de principal del presente para

cover costs and expenses of suit, including but not limited to, attorney's fees.
cubrir los costos y gastos de dicho procedimiento, incluyendo, sin implicar limitación, honorarios de abogado.

---Borrower shall pay to the Note holder a late charge of **five percent (5%)** of any
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de **cinco por ciento (5%)** de cualquier plazo

monthly installment not received by the Note holder within **fifteen (15)** days after the
mensual que no sea recibido por el tenedor de este Pagaré dentro de **quince (15)** días después de la fecha de

installment is due.
vencimiento de dicho plazo.

---Borrower may prepay the principal amount outstanding in whole or in part. The Note holder
---El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de principal. El tenedor de este Pagaré

may require that any partial prepayment (i) be made on the date monthly installments are due
podrá requerir que cualesquiera pagos parciales (i) sean hechos en la fecha en que venzan plazos mensuales

PUERTO RICO - 1 to 4 Family - 6/75 - FNMA / FNLMC UNIFORM INSTRUMENT

- 2 -

evidenciada por el presente, excepto que la deuda restante, si antes pagada, quedará vencida y pagadera el día 1ero de junio del 2051.

La suma de **NUEVE MIL DOSCIENTOS OCHENTA Y NUEVE DOLARES CON NOVENTA Y OCHO CENTAVOS ($9,289.98)** por concepto de intereses y recargos acumulados durante los últimos doce (12) meses será satisfecha en la fecha de vencimiento del Pagaré, o sea, el primero (1ero) de junio del dos mil cincuenta y uno (2051).

(2) Los Deudores confirman y ratifican todos los demás términos y condiciones del Pagaré que no han sido expresamente enmendados y modificados mediante el presente Endoso.

(3) FirstBank Puerto Rico, dueño y tenedor del Pagaré, consiente a la ampliación, enmiendas y modificaciones efectuadas mediante el presente endoso.

En San Juan, Puerto Rico, a 16 de junio del 2011.

FIRSTBANK PUERTO RICO

Por: _____     _____
    Dennis Lebrón Robles          Jesús Manuel Delgado Cruz
    Oficial Autorizado

                                  _____
                                  Aglaee Colón del Valle

Afidávit Número: __18,173__

Reconocido y suscrito ante mí en San Juan, Puerto Rico, hoy día 16 de junio del 2011, por Jesús Manuel Delgado Cruz y Aglaee Colón del Valle, mayores de edad, casados entre sí, propietarios y vecinos de Caguas, Puerto Rico, y por **Dennis Lebrón Robles** ------------------ en su expresada capacidad y representación, quien es mayor de edad, **casado** ------, ejecutivo(a) y vecino(a) de **Canóvanas** --, Puerto Rico, a quienes doy fe de conocer personalmente.

_____
NOTARIO PUBLICO

La Notario que suscribe CERTIFICA que por escritura número __251__ otorgada ante ella en esta misma fecha, se modificó a tenor con el anterior Endoso la hipoteca que garantiza el pago del Pagaré modificado.

En San Juan, Puerto Rico, a 16 de junio del 2011.

_____
NOTARIO PUBLICO

# ALLONGE

Loan Number:

Borrower Name: JESUS M DELGADO-CRUZ
AGLAEE COLON-DEL-VALLE

Loan Amount: $ 104,000

Pay to the Order of:
D L J Mortgage Capital, Inc.
Without Recourse
FirstBank Puerto Rico

_____
Juan L Casalduc
Senior Vice President

Today June 20, 2013

371

# ALLONGE

**LOAN NUMBER:**

**BORROWER (S):** JESUS M DELGADO-CRUZ

**PROPERTY ADDRESS:** 14 R6 CALLE 32 TURABOBO GARDENS
CAGUAS, PR 00725

**NOTE/LOAN AMOUNT:** $104,000.00

**NOTE/LOAN DATE:** 8/24/2005

_____

Pay to the order of:

Without Recourse
FirstBank Puerto Rico

By: Gabriel Rodriguez, Manager

SPS Portfolio SERVICING, inc.

August 23, 2013

**Aviso de transferencia de Servicio**

Número de Préstamo SPS (
Dirección de la Propiedad: 14 R6 C32 TURABO GARD
CAGUAS, PR 00725

JESUS M DELGADO-CRUZ
URB TURABO GDNS 3RA SEC R6-14 CALLE 32
CAGUAS, PR 00725

Estimado Cliente:

Nos complace informarle que el servicio de su **1st Lien** préstamo hipotecario será transferido de First Bank Puerto Rico (prestador de servicio anterior) a Select Portfolio Servicing, Inc. (SPS), efectivo a partir de **9/1/2013**.

- **Su prestador de servicio anterior dejará de aceptar los pagos de su hipoteca después de 8/31/2013 Si usted ya ha enviado el pago a su prestador de servicio anterior y este es recibido después de esta fecha, será enviado a SPS para su procesamiento.**
- **A partir del 9/1/2013, todos los pagos deben ser enviados a SPS.**
- **Si usted no recibe un estado de cuenta de SPS antes del próximo vencimiento, por favor incluya junto con su pago el cupón temporario adjunto. Por favor indique su nuevo número de préstamo SPS (ver más arriba) en su cheque.**
- **Si su prestador de servicio anterior ejecuta automáticamente su pago desde su cuenta de banco, ese servicio cesará y usted tendrá que proveerle a SPS un formulario completo de Autorización para Retiro de Fondos y Pago directo (adjunto).**
- **Si usted recibía un seguro de vida hipotecario, de discapacidad o otras clases de seguros opcionales a través de su servidor anterior, esos servicios no continuarán. Si usted desea continuar con esos servicios, deberá ponerse en contacto con su asegurador privado.**
- **Por favor llame a su agente de seguros dentro de los próximos 15 días para solicitar que el acreedor hipotecario de su póliza de seguros sea cambiado por "Select Portfolio Servicing, Inc., sus sucesores y/ derecho habientes".**
- **Esta transferencia no afecta ninguno de los términos o condiciones de los documentos de su préstamo que no sean otros que los términos directamente relacionados con el servicio de su préstamo.**

Si usted tiene alguna pregunta relacionada con la transferencia del servicio de su servidor previo, por favor de hacer contact con su Departamento de Servicio al Cliente al (866) 690-2511. La dirección postal es: 1130 Munoz Rivera Ave San Juan, PR 00927.

Si usted estaba trabajando junto con su prestador de servicios anterior en una modificación potencial, venta corta o algún otro plan de repago, SPS trabajará con usted para continuar con ese proceso con una mínima perturbación. Para continuar con ese proceso o si usted tiene dudas sobre su préstamo en o después de 9/1/2013 por favor comuníquese con el Departamento de Servicio al Cliente al 1-800-258-8602 de lunes a jueves de 8 a.m. a 11 p.m. hora del Este; viernes de 8 a. m. a 9 p.m. hora del Este; sábado de 8 a.m. a 2 p.m. hora del Este. También puede tener acceso en línea a la información sobre su cuenta, visite a www.spservicing.com.

Si usted desea enviar una consulta sobre su cuenta o cuestionar cualquier información de este estado de cuenta, por favor no lo incluya con su pago. Todas las solicitudes por escrito deben enviarse a la dirección que se encuentra más abajo para Cuestionamientos/Consultas. Si usted envía su consulta o cuestionamiento a cualquier otra dirección, es posible que su correspondencia no sea procesada dentro de nuestro Plazo de Servicio al Cliente.

| Correo Importante Direcciones: | Correspondencia General | Envío de Pago | Cuestionamientos/Consultas |
|---|---|---|---|
| | P.O. Box 65250 | P.O. Box 65450 | P.O. Box 65277 |
| | Salt Lake City, UT 84165-4412 | Salt Lake City, UT 84165-4412 | Salt Lake City, UT 84165-4412 |

Por favor incluya su número de préstamo en toda la correspondencia.

## NOTIFICACIÓN DE ASIGNACIÓN, VENTA O TRANSFERENCIA DE DERECHOS DE SERVICIO

Por la presente está usted notificado de que el servicio de su préstamo, es decir, el derecho a cobrar pagos de su parte, ha sido asignado, vendido o transferido de First Bank Puerto Rico a Select Portfolio Servicing Inc., efectivo a partir de 9/1/2013. La asignación, venta o transferencia del servicio del préstamo hipotecario no afecta ningún término ni condición del instrumento hipotecario, salvo los términos directamente relacionados al servicio de su préstamo.

A excepción de circunstancias limitadas, la ley requiere que su proveedor de servicios actual le envíe una notificación al menos 15 días antes de la fecha efectiva de la transferencia o al cierre. Su nuevo proveedor de servicios también debe enviarle una notificación a más tardar 15 días después de la fecha efectiva o al cierre.

Usted también debe de ser consciente de la siguiente información, bajo la Sección 6 de La Ley de Procedimientos de Liquidación de Bienes Raíces (RESPA, por sus siglas en inglés) (12 U.S.C. § 2605):

Durante el período de 60 días posteriores a la fecha efectiva de la transferencia del servicio del préstamo, un pago del préstamo que haya sido recibido por su antiguo prestador de servicio antes de su fecha de vencimiento no podrá ser tratado por el nuevo prestador de servicio de préstamo como vencido, y no podrá imponérsele un costo por atraso en el pago.

La Sección 6 de RESPA (12 U.S.C. § 2605) le otorga ciertos derechos al consumidor. Si usted le envía un "Reclamo Calificado por Escrito" a su prestador de servicios del préstamo respecto a la administración de su préstamo, su prestador de servicio debe proveerle un reconocimiento escrito dentro de los 5 días laborables de haber recibido su solicitud. Un "Reclamo Calificado por Escrito" es una correspondencia escrita, diferente a una notificación en un cupón de pago o cualquier otro medio de pago entregado por el prestador de servicios, que incluye su nombre, número de cuenta y las razones de la solicitud. No más de 30 días laborables después de haber recibido su solicitud, su prestador de servicios debe hacer las correcciones apropiadas a su cuenta y debe entregarle una aclaración por escrito respecto de cualquier desacuerdo. Se permite una extensión de 15 días si el proveedor de servicios le notifica antes de la finalización del período de 30 días y le brinda la razón de la demora para responder. Durante ese período de 30 días laborables, su proveedor de servicios no podrá brindar información a una agencia de informes de crédito respecto de cualquier pago vencido relacionado con tal período ni un reclamo calificado por escrito. Sin embargo, esto no impide que el proveedor de servicio inicie una ejecución hipotecaria si existiera causa justificada según los documentos de la hipoteca.

Un día laborable es un día en el cual las oficinas de la entidad comercial están abiertas al público para llevar adelante sustancialmente todas sus funciones comerciales.

La Sección 6 de RESPA también estipula daños y costos para individuos o clases de individuos en circunstancias en las que se demuestre que los proveedores de servicios han violado los requerimientos de esa sección. Usted debe buscar asesoría legal si cree que sus derechos han sido violados.

Si usted se ha declarado en quiebra o ha sido eximido de una quiebra, por favor tenga en cuenta que este estado de cuenta no representa y no tiene la intención de ser una demanda de pago. Esta notificación solo tiene propósitos informativos. Usted debe buscar asesoría legal respecto a su obligación, si existiera, a pagar por el préstamo de hipoteca.

**Esta carta le informa que el servicio de su préstamo de hipoteca está siendo transferido a Select Portfolio Servicing, Inc. Varios aspectos importantes de su préstamo corriente pueden cambiarse durante y después de este proceso. Por favor llame a nuestro representante de información y reclamaciones en español al número de teléfono indicado para hablar de estos cambios.**

## LEY FEDERAL DE INFORME JUSTO DE CRÉDITO / LEY DE TRANSACCIONES EXACTAS

Nosotros podríamos brindar información sobre su cuenta a agencias de crédito. Pagos atrasados, pagos no realizados y otras moras en su cuenta podrían verse reflejadas en su calificación del crédito.

## NOTIFICACIÓN IMPORTANTE CONCERNIENTE AL SEGURO HIPOTECARIO PRIVADO

Si su préstamo hipotecario residencial tiene un seguro hipotecario privado (PMI), separado y distinto de Homeowners o seguro de responsabilidad civil, la ley federal o estatal puede darle el derecho a cancelar ese seguro, bajo ciertas circunstancias. Por favor póngase en contacto con nuestro Departamento de Servicio al Cliente para obtener más información.

## DIVULGACIÓN DE NEGOCIOS AFILIADOS

Por favor tenga en cuenta que Select Portfolio Servicing, Inc. puede llegar a utilizar una compañía afiliada para que lleve a cabo servicios relacionados con su cuenta de préstamo y que Select Portfolio Servicing, Inc. y/o la compañía afiliada podrían recibir un beneficio financiero producto de esa relación.

# AVISO SOBRE LA TRADUCCIÓN ESPAÑOLA

Esta traducción al español no es un documento legal vinculante y se proporciona únicamente para comodidad del cliente. Será de ninguna manera ser interpretada como un contrato o de cualquier parte del documento de Inglés de los cuales se trata de una traducción. Aunque hemos tratado de asegurar que se trata de una traducción española exacta del documento, Select Portfolio Servicing, Inc. no se hace responsable de cualquier inexactitud en la traducción al español, ni por cualquier malentendido debido a las diferencias en el uso del idioma o dialecto. En caso de cualquier inconsistencia entre el documento y la traducción Inglés Español, el documento Inglés prevalecerá. El cliente asume la responsabilidad de comprender plenamente la naturaleza y los términos de las obligaciones del Cliente como se establece en el documento de Inglés.

---

**Select Portfolio Servicing, Inc.**
JESUS M DELGADO-CRUZ
14 R6 C32 TURABO GARD
Préstamo Número 0015499247

**CUPÓN DE PAGO**

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165

| | |
|---|---|
| Monto del pago | $ _____ . ____ |
| Monto adicional | $ _____ . ____ |
| Monto Total Enviado | $ _____ . ____ |

___ ¿Cambio de dirección o de teléfono? Si es así, marque aquí y anote los cambios en el reverso.

¿HA CAMBIADO SU DIRECCIÓN? SI ES ASÍ, COMPLETE ESTE FORMULARIO

Dirección postal _____

Ciudad _____ Estado _____ Código postal _____

Teléfono particular _____ Teléfono laboral _____

Se requiere la firma de todos los prestatarios para el cambio de direcciones

_____           _____
Firma del prestatario                                   Firma del coprestatario